UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                      Judgment Creditor,

v.

BERTIN STEVE PATIPPE,
                      Judgment Debtor.

16 CR 0810-01 (KPF)

**STIPULATION AND ORDER FOR VOLUNTARY ASSIGNMENT OF EARNINGS**

WHEREAS, on March 17, 2017, the United States of America obtained a judgment against the judgment debtor, BERTIN STEVE PATIPPE, in the amount of $81,306.10, for which the outstanding balance is $78,394.22, and the parties have agreed to voluntary automatic deduction of 10% of gross earnings per pay period from BERTIN STEVE PATIPPE's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that BERTIN STEVE PATIPPE's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of BERTIN STEVE PATIPPE's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for BERTIN STEVE PATIPPE, 16 CR 0810-01.

Dated: October __, 2024
        New York, New York

_____
BERTIN STEVE PATIPPE
*Judgment Debtor*

Dated: January 15, 2025
       New York, New York

DAMIAN WILLIAMS
United States Attorney

*Melissa A. Childs*

MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE